UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-01862-KK-SSCx** | Date: | September 30, 2025 |
|---|---|---|---|
| Title: | ***Angelina Hernandez v. TransUnion LLC*** | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Twyla Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:**   (In Chambers) Order Dismissing Action Without Prejudice

On July 30, 2025, the Court issued an Order denying Plaintiff's request to proceed <u>in forma pauperis</u> and requiring Plaintiff to pay the filing fees in full within 30 days. ECF Docket No. ("Dkt.") 8. Plaintiff was expressly advised failure to comply with this instruction would result in this action being dismissed without prejudice. <u>Id.</u>

To date, Plaintiff has not paid the required filing fees. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. (JS-6)

**IT IS SO ORDERED.**